**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **Kirsten Kjaer Weis,**<br>        an individual,<br><br>                         Plaintiff,<br><br>        v.<br><br>**Kimsaprincess Inc.,**<br>        a California corporation,<br><br>                         Defendant. | No. 1:17-cv-05471<br><br>Hon. Judge Robert M. Dow Jr. |

## <u>UNCONTESTED MOTION FOR AN EXTENSION OF TIME FOR DEFENDANT KIMSAPRINCESS INC. TO FILE A RESPONSIVE PLEADING</u>

Defendant Kimsaprincess Inc. ("Defendant"), by and through its attorneys, hereby submits the following Uncontested Motion for Extension of Time for Defendant Kimsaprincess Inc. to File a Responsive Pleading ("Motion"). Defendant respectfully requests that this Court extend the date by which it must file a responsive pleading by eleven days, such that Defendant's responsive pleading must be filed by August 28, 2017. In support of this Motion, Defendant states as follows:

1.       On August 14, 2017, counsel for Defendant had a call with counsel for Plaintiff Kirsten Kjaer Weis ("Plaintiff") to meet and confer regarding Defendant's responsive pleading. During that call, counsel for Plaintiff agreed to extend the deadline for Defendant to file a responsive pleading until August 28, 2017. Counsel for Plaintiff confirmed Plaintiff's agreement to the extension in an email that afternoon. Defendant reserves any and all defenses and this agreed-upon extension of time shall not be construed as a waiver of any of those defenses.

2.      Defendant needs additional time to answer or otherwise respond to Plaintiff's Summons and Complaint. This motion is not brought for purposes of unduly delaying the proceedings or to prejudice Plaintiff in any way.

3.      This is the first time Defendant has moved for an extension in this case.

WHEREFORE, Defendant Kimsaprincess Inc. respectfully requests that this Court grant an eleven-day extension of time to answer or otherwise respond to Plaintiff's Complaint by August 28, 2017.

Dated:  August 15, 2017                    Respectfully submitted,

                                           /s/ Rebecca Weinstein Bacon
                                           Rebecca Weinstein Bacon (Ill. ARDC No. 6257492)
                                           Taylor A.R. Meehan (Ill. ARDC No. 6313481)*
                                           BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
                                           54 West Hubbard Street, Suite 300
                                           Chicago, IL  60654
                                           Telephone: (312) 494-4400
                                           Facsimile:  (312) 494-4440
                                           rweinstein.bacon@bartlit-beck.com
                                           taylor.meehan@bartlit-beck.com

                                           *Motion to appear pro hac vice pending

                                           Michael Kump (Cal. Bar No. 100983)
                                           KINSELLA WEITZMAN ISER
                                           KUMP & ALDISERT LLP
                                           808 Wilshire Blvd., 3rd Floor
                                           Santa Monica, California 90401
                                           Telephone:  310-566-9800
                                           Facsimile:  310-566-9850
                                           mkump@kwikalaw.com

                                           Attorneys for Defendant Kimsaprincess Inc.

## CERTIFICATE OF SERVICE

I, Rebecca Weinstein Bacon, an attorney, hereby certify that a true and correct copy of the foregoing document entitled *Uncontested Motion for Extension of Time for Defendants Kimsaprincess Inc. to File a Responsive Pleading* was electronically filed with the Clerk of the Court for the Northern District of Illinois using the CM/ECF System and emailed to counsel for Plaintiff listed below on August 15, 2017.

> Marcus S. Harris, Esq.
> Joseph M. Kuo, Esq.
> Judith Grubner, Esq.
> Kellie Y. Chen, Esq.
> Arnstein & Lehr LLP
> 161 N. Clark Street, Suite 4200
> Chicago, Illinois 60601
> Telephone: (312) 876-7100
> MSHarris@arnstein.com
> JLGrubner@arnstein.com
> JMKuo@arnstein.com
> KYChen@arnstein.com
>
> *Attorneys for Plaintiff Kirsten Kjaer Weis*

> */s/ Rebecca Weinstein Bacon*
> Rebecca Weinstein Bacon (Ill. ARDC No. 6257492)
> BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
> 54 West Hubbard Street, Suite 300
> Chicago, IL  60654
> Telephone: (312) 494-4400
> Facsimile:  (312) 494-4440
> rweinstein.bacon@bartlit-beck.com
>
> *Attorney for Defendant Kimsaprincess Inc.*